1  **MARC D. BLACKMAN, OSB No. 73033**
   E-mail: marc@ransomblackman.com
2  **KENDRA M. MATTHEWS, OSB No. 96567**
   E-mail: kendra@ransomblackman.com
3  RANSOM BLACKMAN LLP
   1400 Congress Center
4  1001 S.W. Fifth Avenue
   Portland, Oregon 97204-1144
5  Telephone:   [503] 228-0487
   Facsimile:   [503] 227-5984
6

7  Of Attorneys for Defendant Jonathan Christopher Mark Paul

8

9  **UNITED STATES DISTRICT COURT**

10  **DISTRICT OF OREGON**

| | |
|---|---|
| 11  **UNITED STATES OF AMERICA,** | ) **NO. CR 06-60125-AA** |
|  | ) **NO. CR 06-60011-AA** |
| 12  Plaintiff, | ) |
|  | ) **UNOPPOSED MOTION** |
| 13  v. | ) **TO MODIFY CONDITIONS** |
|  | ) **OF PRETRIAL RELEASE** |
| 14  **JONATHAN CHRISTOPHER MARK PAUL,** | ) **[DELETE "NO CONTACT"** |
|  | ) **CONDITION]** |
| 15  Defendant. | ) |

16      Pursuant to 18 U.S.C. §3142(c)(3), defendant Jonathan Christopher Mark Paul,

17  by and through his attorneys Ransom Blackman LLP and Marc D. Blackman, moves the

18  Court to Modify his Pretrial Release Order by deleting the condition that he have no

19  contact with the persons listed on the schedule provided to the defendant on or about

20  January 30, 2006.

21      On November 20, 2006, Marc D. Blackman conferred by e-mail about this

22  motion with the defendant's Pretrial Services Supervising Officer Nichole Houchins and

23  Assistant United States Attorney Kirk Engdall. Both authorized him to advise the Court

Page  1 -    UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL
            RELEASE [DELETE "NO CONTACT" CONDITION]

1  that they do not object to the Court deleting this condition from the defendant's Pretrial

2  Release Order.

3       A proposed Order Modifying defendant's Pretrial Release Order in this respect is

4  being filed contemporaneously with this Motion.

5       DATED this 21st day of November, 2006.

6                       Respectfully submitted,

7                       RANSOM BLACKMAN LLP

8

9                       *Kendra M. Matthews*

                         MARC D. BLACKMAN, OSB #73033

10                   KENDRA M. MATTHEWS, OSB #96567

                         [503] 228-0487

11                   Of Attorneys for Defendant Paul

12

13

14

15

16

17

18

19

20

21

22

23

Page  2 -    UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL
                RELEASE [DELETE "NO CONTACT" CONDITION]

1                              <u>CERTIFICATE OF SERVICE</u>

2       I hereby certify that I served the foregoing UNOPPOSED MOTION TO

3 MODIFY CONDITIONS OF PRETRIAL RELEASE [DELETE "NO CONTACT"

4 CONDITION] on the following by e-mail to the e-mail addresses set forth below and by

5 causing a full and correct copy thereof, contained within a sealed envelope, addressed as

6 below stated, with first class postage thereon prepaid, deposited in the United States

7 mail at Portland, Oregon, on the 21st day of November, 2006.

8      Mr. John C. Ray, Esq.                           john.ray@usdoj.gov
          Mr. Kirk A. Engdall, Esq.                    kirk.engdall@usdoj.gov

9      Assistant United States Attorneys
          United States Attorney's Office

10     701 High Street
          Eugene, OR 97401

11

12     Mr. Stephen F. Peifer, Esq.                 steve.peifer@usdoj.gov
          Assistant United States Attorney

13     United States Attorney's Office
          1000 S.W. Third Avenue

14     Portland, OR 97204-2902

15     Ms. Nichole Houchins           Nichole_Houchins@ord.uscourts.gov
          United States Pretrial Services Office

16     310 West Sixth, Room 106
          Medford, OR 97501

17                              RANSOM BLACKMAN LLP

18

19

20                              _____
                             KENDRA M. MATTHEWS, OSB #96567

21                              [503] 228-0487
                             Of Attorneys for Defendant Paul

22

23

Page   CERTIFICATE OF SERVICE